| | |
|---|---|
| **From:** | ATA Loss Consulting, LLC <no-reply@mycase.com> |
| **Sent:** | Monday, September 25, 2023 4:47 PM |
| **To:** | Jessika Clifford (8230) |
| **Subject:** | New Invoice from ATA Loss Consulting, LLC |
| **Attachments:** | invoice_203347.pdf |

Please review your attached invoice.

You can easily pay online by following the "Pay Now" link below.

Pay Now
Thank you,
ATA Loss Consulting, LLC

This is an automated notification. To protect the confidentiality of these communications,
**PLEASE DO NOT REPLY TO THIS EMAIL.**

This email was sent to you by ATA Loss Consulting, LLC.
Powered by MyCase | 9201 Spectrum Center Blvd STE 100, San Diego, CA 92123

1

EXHIBIT C

**ATA Loss Consulting, LLC**
25910 Canal Road
Suite 269
Orange Beach, AL 36561
United States
(800) 935-9270



**Phelps Dunbar, LLP**
101 Dauphin Street
Suite 1000
Mobile, AL 36602

| | |
|---|---|
| **Balance** | $5,203.00 |
| **Invoice #** | 203347 |
| **Invoice Date** | September 25, 2023 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | September 25, 2023 |

---

## The Enclave at Oak Hill Owners Association-1430 Regency Road, Gulf Shores, AL 36542

**Securely pay online with your credit card**
https://ata-loss-consulting.mycase.com/xqp99rbf



## Time Entries

| Date | Activity | Description | Line Total |
|---|---|---|---|
| 09/25/2023 | Subpoena Docs | Production for QBE Specialty Insurance Company, ET AL. V. The Enclave At Oak Hill Owners Association, Inc. 5,203 Pages | $5,203.00 |
| | | Totals: | **$5,203.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $5,203.00 |
| **Sub-Total:** | $5,203.00 |
| **Total:** | $5,203.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$5,203.00** |

EXHIBIT C