IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, et al., | * * * |
| Plaintiffs, | * * |
| v. | CIVIL ACTION NO. 1:23–CV–100–JB–B |
| | * * |
| THE ENCLAVE AT OAK HILL OWNERS ASSOCIATION, INC., | * * * |
| Defendant. | * |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ATA LOSS CONSULTING, LLC

Plaintiffs QBE Specialty Insurance Company, Indian Harbor Insurance Company, Crum and Forster Specialty Insurance Company, IAT CCM Ltd., and Everest Corporate Member Ltd. and Third-Party Defendant Certain Underwriters at Lloyd's, London Subscribing to Policy Number 01-7590104296-S-03 (collectively, the "**Insurers**") withdraw their previously filed Motion to Compel ATA Loss Consulting, LLC (Doc. 38). ATA Loss Consulting, LLC produced documents on October 23, 2023, which are presently under review.

WHEREFORE, the premises considered, the Insurers withdraw their Motion to Compel ATA Loss Consulting, LLC (Doc. 38).

Respectfully Submitted,

*s/ A. Grady Williams IV*
A. GRADY "BO" WILLIAMS IV
WILLIAM E. SHREVE, JR.
E. BARRETT HAILS
MATTHEW H. HAMBRICK
Attorneys for Plaintiffs and Third-Party Defendants

PHELPS DUNBAR LLP
P.O. Box 2727
Mobile, AL  36652
(251) 432-4481
bo.williams@phelps.com

1

PD.43465073.1

william.shreve@phelps.com
barrett.hails@phelps.com
matthew.hambrick@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 8th day of October 2023, served a copy of the foregoing by filing same through the CM/ECF system, which will automatically send electronic notice and a copy of the foregoing to the following:

Trent J. Moss
Hair Shunnarah Trial Attorneys, LLC
d/b/a Insurance Claim HQ d/b/a Insurance Claim Lawyers, Inc.
3540 South I-10 Service Road, West, Suite 300
Metairie, LA 70001
moss@hairshunnarah.com

Matthew R. Huffstutler
Alexander Shunnarah Trial Attorneys
P.O. Box 1388
Mobile, AL 36633
rhuffsutler@asilpc.com

Via Email:
ATA Loss Consulting LLC
25910 Canal Road
Orange Beach, AL 36561
documents@ataclaims.com

                                        *s/ A. Grady Williams IV*
                                        A. GRADY "BO" WILLIAMS IV