IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QBE SPECIALIY INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, IAT CCM, LTD. and EVEREST CORPORATE MEMBER, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> THE ENCLAVE AT OAK HILL OWNERS' ASSOCIATION, INC., <br><br> Defendant. <br> -------------------------------------------------------- <br> THE ENCLAVE AT OAK HILL OWNERS' ASSOCIATION, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> UNDERWRITERS AT LLOYD, LONDON, <br><br> Third Party Defendant, <br><br> and <br><br> QBE SPECIALIY INSURANCE COMPANY, ET AL., <br><br> Counterclaim Defendants. | CIVIL ACTION NO.: 1:23-cv-100 |

**DEFENDANT/THIRD-PARTY PLAINTIFF THE ENCLAVE'S
NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

COMES NOW, Defendant/Counterclaim-Plaintiff, THE ENCLAVE AT OAK HILL OWNERS' ASSOCIATION, INC., by and through counsel, and hereby provides notice that on

November 22, 2023, the following discovery documents were served upon counsel for all parties of record:

1. Defendant's First Supplemental Response to Defendant's First Set of Interrogatories.

Dated this the 22nd day of November, 2023.

/s/ Trent J. Moss
**TRENT J. MOSS (La. Bar No. 37406)**
*Attorneys Admitted Pro Hac Vice*
*for Defendant/Third-Party Plaintiff*
*The Enclave at Oak Hill Owners'*
*Association, Inc.*

**OF COUNSEL:**
Hair Shunnarah Trial Attorneys, LLC
d/b/a Insurance Claim Hq
d/b/a Insurance Claim Lawyers, Inc.
3540 S. I-10 Service Road, W., Suite 300
Metairie, Alabama 70001
T: (504) 684-5200
F: (504) 613-6351
E: moss@hairshunnarah.com

/s/ Matthew R. Huffstutler
**MATTHEW R. HUFFSTUTLER (3608H30R)**
*Attorney for Defendant/Third-Party Plaintiff*
*The Enclave at Oak Hill Owners' Association, Inc.*

**OF COUNSEL:**
Alexander Shunnarah Trial Attorneys
Post Office Box 1388
Mobile, Alabama 36633
T: (251) 459-8054
F: (844)270-1109
E: rhuffstutler@asilpc.com

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2023, I served a copy of this foregoing by filing a copy same using the CM/ECF system which will send electronic notification and copy to counsel of record for all parties listed as follows:

A. Grady "Bo" Williamson, IV (bo.williams@phelps.com)
William E. Shreve, Jr. (william.shreve@phelps.com)
E. Barrett Hails (barrett.hails@phelps.com)
Matthew Hilton Hambrick (matthew.hambrick@phelps.com)

*/s/ Trent J. Moss*
**OF COUNSEL**