### IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| QBE SPECIALIY INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, IAT CCM, LTD. and EVEREST CORPORATE MEMBER, LTD., | ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) CIVIL ACTION NO.: 1:23-cv-100 ) |
| THE ENCLAVE AT OAK HILL OWNERS' ASSOCIATION, INC., | ) ) ) |
| **Defendant.** | ) |

### DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

COMES NOW, Defendant, **THE ENCLAVE AT OAK HILL OWNERS' ASSOCIATION, INC,** by and through counsel, and hereby provides notice that on June 30th 2023, the below listed discovery documents were served upon counsel for Plaintiff**,** via electronic mail.

1. Defendant's Rule Expert Disclosures.

Dated this the 1st day of December, 2023.

**RESPECTFULLY SUBMITTED:**

*/s/ Matthew R. Huffstutler*
**MATTHEW R. HUFFSTUTLER (3608H30R)**
*Attorney for Defendant/Counter-Plaintiff*

**OF COUNSEL:**
Alexander Shunnarah Trial Attorneys
Post Office Box 1388
Mobile, Alabama 36633

T: (251) 459-8054
F: (844)270-1109
E: rhuffstutler@asilpc.com

            */s/ Trent J. Moss*
            **TRENT J. MOSS (La. Bar No. 37406)**
            *Attorney for Defendant/Counter-Plaintiff*

**OF COUNSEL:**
Hair Shunnarah Trial Attorneys, LLC
d/b/a Insurance Claim Hq
d/b/a Insurance Claim Lawyers, Inc.
3540 S. I-10 Service Road, W., Suite 300
Metairie, Louisiana 70001
T:  (504) 684-5200
F: (504) 613-6351
E: tmoss@hairshunnarah.com

## CERTIFICATE OF SERVICE

  On this the 1st day of December, 2023, I hereby certify that I caused a copy of the above and foregoing to be served via the *CM/ECF System,* which will send electronic notification and copy of same to all parties and/or counsel of record, as follows:

  A. Grady "Bo" Williamson, IV (bo.williams@phelps.com)
  William E. Shreve, Jr. (william.shreve@phelps.com)
  E. Barrett Hails (barrett.hails@phelps.com)

            */s/Matthew R.  Huffstutler*
            **OF COUNSEL**